UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEVADA

--------------------------------------------------X       Chapter 13
IN RE:                                                    Case # 09-10370

ROMINA BARLETTA; JERIEL DOMINGUEZ;

    Debtor(s)                                **REQUEST FOR NOTICE**

--------------------------------------------------X

SIR:

    **PLEASE TAKE NOTICE** that U.S. Bank National Association as Trustee under the securitization Servicing Agreement dated as of July 1, 2005 Structured Asset Securities Corporation Structured Asset Investment Loan Trust Mortgage Pass Through Certificates, Series 2005-HE1 hereby appears in the above action, and demands that all papers in the case be served on U.S. Bank National Association as Trustee under the securitization Servicing Agreement dated as of July 1, 2005 Structured Asset Securities Corporation Structured Asset Investment Loan Trust Mortgage Pass Through Certificates, Series 2005-HE1 at the address stated below.

    **PLEASE TAKE FURTHER NOTICE** that the foregoing demand includes demand not only for notices and papers referred to in the rules specified above but also includes, without limitation, a demand for any and all orders and notices of any application, including notice of any application to sell real estate property held by the debtor, motion, petition, pleading, request, complaint or demand, whether formal or informal, whether written or oral, or whether transmitted or conveyed by mail, delivery, telephone, telegraph, telex or otherwise, which affects the debtor or the property of the debtor.

Dated: April 21, 2009
       Plainview, New York

                                          /S/ Andrew Goldberg
                                          Authorized agent for Barclays Capital Real Estate Inc, dba HomEq Servicing as servicing agent for U.S. Bank National Association as Trustee under the securitization Servicing Agreement dated as of July 1, 2005 Structured Asset Securities Corporation Structured Asset Investment Loan Trust Mortgage Pass Through Certificates, Series 2005-HE1
c/o Rosicki, Rosicki & Associates, P.C.
Nationwide Default Services
Main Office: 51 E. Bethpage Road
Plainview, New York 11803
Phone: 516-741-2585
Fax: 516-873-7244
Email: bkmail@rosicki.com

TO:

David M. Crosby, Esq.
711 S 8TH ST
LAS VEGAS, NV 89101

RICK A. YARNALL , Esq.
701 BRIDGER AVE., #820
LAS VEGAS, NV 89101

UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEVADA

-------------------------------------------------X  Chapter 13
IN RE:                                                                    Case # 09-10370

   ROMINA BARLETTA; JERIEL DOMINGUEZ;

     Debtor(s)                                                **AFFIDAVIT OF SERVICE**
-------------------------------------------------X

STATE OF NEW YORK)
       ss:
COUNTY OF NASSAU )

   Dina Leavy, being duly sworn, deposes and says:

   I am not a party to this action, am over 18 years of age and reside in Suffolk County, New York.

On April 21, 2009, I served the Request for Notice and demand for service of all papers, by depositing a true copy thereof in a post-paid wrapper, in an official depository under the exclusive care and custody of the U.S. Postal Service within New York State, addressed to each of the following persons at the last known address set forth after each name:

David M. Crosby, Esq.
711 S 8TH ST
LAS VEGAS, NV 89101

RICK A. YARNALL , Esq.
701 BRIDGER AVE., #820
LAS VEGAS, NV 89101


                         /s/ Dina Leavy
                         Dina Leavy

Sworn to before me this
April 21, 2009
/s/ Betsy P. Tarr
NOTARY PUBLIC                BETSY P. TARR
                              NOTARY PUBLIC, State of New York
                              No. 01TA6000083
                              Qualified in Nassau County
                              Commission Expires December 8, 2009

UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEVADA
---------------------------------------------------x

IN RE:

ROMINA BARLETTA; JERIEL DOMINGUEZ;
        Debtor(s)

---------------------------------------------------x

## REQUEST FOR NOTICE

**ROSICKI, ROSICKI & ASSOCIATES, P.C.**
Nationwide Default Services
Main Office: 51 E. Bethpage Road
Plainview, New York 11803